IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Cr. No.  7:98-1169 |
| vs. | ) | Cr. No.  7:00-0750 |
| | ) | C/A No. 7:05-02171-HMH |
| Sonji Prince Pabellon, | ) | |
| | ) | **OPINION & ORDER** |
| Movant. | ) | |

This matter is before the court on Sonji Prince Pabellon's ("Pabellon") motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 (West Supp. 2005). After a thorough review of the facts and pertinent law, the court summarily dismisses Pabellon's motion.

### I. FACTUAL AND PROCEDURAL BACKGROUND

On April 5, 1999, Pabellon pled guilty to one count of possession with the intent to distribute and distribution of crack cocaine. (Cr. No. 98-1169.)  On May 27, 1999, Pabellon was sentenced to one hundred twenty-one (121) months' imprisonment ("first sentence"). After failing to self-surrender, an arrest warrant was issued. On July 19, 2000, Pabellon was arrested. On October 31, 2000, Pabellon pled guilty to failing to appear. (Cr. No. 00-0750.) Pabellon was sentenced to fourteen months' imprisonment ("second sentence") to be served consecutive to the first sentence. On May 2, 2002, Pabellon filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. (C.A. No. 02-1445.) This court summarily dismissed Pabellon's motion on both her first and second sentence as untimely on May 9, 2002.

1

## II. Discussion of the Law

"[A] . . . § 2255 petition that is properly dismissed as time-barred . . . constitutes an adjudication on the merits for successive purposes." Villanueva v. United States, 346 F.3d 55, 61 (2d Cir. 2003). "[A] prisoner seeking to file a successive application in the district court must first obtain authorization from the appropriate court of appeals." United States v. Winestock, 340 F.3d 200, 205 (4th Cir. 2003) (citing 28 U.S.C. § 2244(b)(3)). Pabellon has not obtained the pre-filing authorization necessary to proceed with the instance motion--a second or successive motion under § 2255. Therefore, this court lacks jurisdiction over Pabellon's § 2255, and the motion is summarily dismissed.

Therefore, it is

**ORDERED** that Pabellon's § 2255 motion is summarily dismissed.

**IT IS SO ORDERED**.

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
August 25, 2005

### NOTICE OF RIGHT TO APPEAL

The movant is hereby notified that she has the right to appeal this order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

2